**Kristy WALLS, Plaintiff—Appellant,**

v.

**AVPRO, INC.; Donald P. Bass; Robert W. Rabbitt, Jr., Defendants— Appellees.**

**No. 05–1574.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 28, 2005.

Decided: Jan. 20, 2006.

Kathy C. Potter, Seth C. Berenzweig, Albo & Oblon, L.L.P., Arlington, Virginia, for Appellant. Charles B. Wayne, Elisha A. King, DLA Piper Rudnick Gray Cary U.S. LLP, Washington, D.C., for Appellees.

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kristy Walls appeals the district court's order dismissing her Title VII action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Walls v. Avpro, Inc.*, No. CA–04–2042–JFM–1 (D.Md. Apr. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*